IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **THOMAS S. CHILDS**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:16-CV-2131-L** |
| | § | |
| **SENTE MORTGAGE, INC.**, | § | |
| | § | |
| Defendant. | § | |

## ORDER

This case was referred to Magistrate Judge David L. Horan, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on August 23, 2016, recommending that the action be dismissed for lack of subject matter jurisdiction. No objections to the Report were filed.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses without prejudice** this action for lack of subject matter jurisdiction.

It is so ordered this 4th day of October, 2016.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**